

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vicente Arriga Alvarez<br><br>Plaintiff,<br>V.<br><br>Dr. S. Ko, M.D.; Dr. Connall McCabe, M.D.; Dr. A. Sangha, C.M.E.; J. Lewis, Deputy Director of Cal. Corr. Health Care Services<br><br>Defendant. | Civil Action No. 16-cv-1302-CAB-NLS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has conducted a de novo review of the Report and finds it to be thorough, complete, and an accurate analysis of the legal issues presented in the motion for summary judgment. Therefore, the Court: (1) Adopts the Report in full; (2) Rejects Plaintiff's objections; and (3) Grants Defendants' Motion for Summary Judgment. It is So Ordered.

Date: 6/18/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy